11 So.2d 171

**Eulene MARTIN v. STATE.**

I Div. 445.

Court of Appeals of Alabama.
Oct. 27, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

1 So.2d 46

**Lillie MASSEY v. STATE**

6 Div. 562.

Court of Appeals of Alabama.
Feb. 4, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

4 So.2d 924

**Berdie (alias Sive) MATTHEWS v. STATE.**

8 Div. 196.

Court of Appeals of Alabama.
Oct. 28, 1941.

H. H. Hamilton, of Russellville, for appellant.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

5 So.2d 850

**John MAULDIN v. STATE.**

2 Div. 710.

Court of Appeals of Alabama.
Jan. 13, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

5 So.2d 851

**Robert MEAGHER v. STATE.**

I Div. 396.

Court of Appeals of Alabama.
Nov. 25, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

5 So.2d 851

**Robert MEAGER v. STATE.**

I Div. 397.

Court of Appeals of Alabama.
Nov. 25, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.